447 A.2d 661

Commonwealth v. Cole, Appellant.

Submitted September 21, 1981. Robert Bruce Evanick, Assistant Public Defender, for appellant; Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence of the learned York County Common Pleas Court Judge James E. Buckingham is affirmed.